IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., A Mississippi corporation     PLAINTIFF

VS.     NO. 1:11CV00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON, LLC,
a Mississippi limited liability company, and
NOATEX CORPORATION, a California corporation     DEFENDANTS

## ORDER GRANTING APMM'S MOTION FOR ADDITIONAL TIME

Plaintiff has moved for additional time within which to file a Response to Noatex Corporation's Motion for Attorney Fees Against Plaintiff (Doc. No. 267). Upon due consideration, the Court finds that the motion is well-taken.

ACCORDINGLY, it is HEREBY ORDERED that APMM is granted an additional time, until and including January 15, 2015, within which to file its Response to Noatex Corporation's Motion for Attorney Fees Against Plaintiff (Doc. No. 267).

SO ORDERED this the 5 day of January, 2015.

_____
HON. GLEN H. DAVIDSON
SENIOR JUDGE