IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation                                                    PLAINTIFF

v.                                             CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation                                              DEFENDANTS

ORDER SETTING HEARING ON PERMANENT INJUNCTION

The Court has reviewed Plaintiff Auto Parts Manufacturing Mississippi, Inc.'s motion to reopen the case *sub judice* and for enforcement of the Court's permanent injunction against Defendant Kohn Law Group, Inc. [282], as well as the response and reply relative to the same. The Court has also reviewed all proceedings heretofore conducted in this Court and the Fifth Circuit Court of Appeals. In addition, the Court has also reviewed the first amended complaint filed in the United States District Court for the Central District of California in the action styled *Kohn Law Group, Inc. v. Auto Parts Manufacturing Mississippi Inc., et al.*, No. 2:12-cv-08063-MWF-MRW, and the comprehensive, well-reasoned Orders of the United States District Court for the Central District of California in that same case.

To the extent that the California Plaintiff Kohn Law Group, Inc. seeks to recover funds that heretofore have been the subject of this interpleader action, the same is a violation of this Court's permanent injunction. To the extent that the California Plaintiff Kohn Law Group, Inc. seeks recovery over and above or in excess of the interpleader funds, the same is not in violation of this Court's permanent injunction. It is obvious that a determination must be made as to the subject matter of the California district court case as it relates to the subject matter of this interpleader action. At this juncture, this Court is of the opinion that an evidentiary inquiry must

be made as to whether the California district court action constitutes a violation of said permanent injunction.

ACCORDINGLY, the Court will set an evidentiary hearing to address the foregoing issues at the earliest convenient date.

SO ORDERED, this, the 23rd day of June, 2016.

/s/ John H. Davidson
SENIOR U.S. DISTRICT JUDGE