IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation                                          PLAINTIFF

v.                                                    CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation                                    DEFENDANTS

ORDER SPECIFICALLY SETTING HEARING ON PERMANENT INJUNCTION

The Court sets the matter of hearing Plaintiff Auto Parts Manufacturing Mississippi, Inc.'s motion to enforce the previously entered permanent injunction in this cause against Defendant Kohn Law Group, Inc. [282]. The Court will ascertain if Defendant Kohn Law Group, Inc. is in contempt of this Court's permanent injunction as a result of the filing and pursuit of the action styled *Kohn Law Group, Inc. v. Auto Parts Manufacturing Mississippi Inc., et al.*, No. 2:12-cv-08063-MWF-MRW, now pending in the United States District Court for the Central District of California.

ACCORDINGLY, the matter is set for an evidentiary hearing at 10 a.m. on Tuesday, August 23, 2016 in Courtroom #2 in the United States Federal Courthouse in Aberdeen, Mississippi.[1]

SO ORDERED, this, the 27th day of June, 2016.

_____
SENIOR U.S. DISTRICT JUDGE

---

[1] If necessary, the hearing will continue through Wednesday, August 24, 2016.