IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation                                                          PLAINTIFF

v.                                                      CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation                                                    DEFENDANTS

## ORDER GRANTING PLAINTIFF AUTO PARTS MANUFACTURING MISSISSIPPI, INC.'S MOTION FOR ENFORCEMENT OF PERMANENT INJUNCTION

Pursuant to a memorandum opinion entered by the Court on this day, the Court ORDERS the following:

1. Auto Parts Manufacturing Mississippi's motion to reopen and for enforcement of injunction against Kohn Law Group, Inc. [282] is GRANTED;

2. the Court finds Defendant Kohn Law Group, Inc. to be in CIVIL CONTEMPT of the Court's permanent injunction dated March 3, 2014;

3. Defendant Kohn Law Group, Inc. may purge itself of this contempt citation by ceasing and desisting pursuit of the litigation styled *Kohn Law Group, Inc. v. Auto Parts Manufacturing Mississippi Inc., et al.*, No. 2:12-cv-08063-MWF-MRW, which is currently pending in the United States District Court for the Central District of California. This may be accomplished by filing a motion to dismiss with prejudice all claims in the California district court case; and

1

4. the Court withholds the matter of imposition of sanctions until 30 days after the date hereof.

SO ORDERED, this, the 6th day of October, 2016.

_____
SENIOR U.S. DISTRICT JUDGE