IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation                                                  PLAINTIFF

v.                                                         CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation                                          DEFENDANTS

**ORDER DENYING DEFENDANT KOHN LAW GROUP, INC.'S MOTION TO
REVISE AND REVERSE THE COURT'S MEMORANDUM OPINION AND ORDER
GRANTING MOTION FOR ENFORCEMENT OF PERMANENT INJUNCTION**

Pursuant to a memorandum opinion issued this day, Kohn Law Group's motion to revise and reverse [322] the Court's Order and memorandum opinion granting APMM's motion for enforcement of permanent injunction [282] is **DENIED**.

SO ORDERED, this, the 7th day of December, 2016.

_____
SENIOR U.S. DISTRICT JUDGE