IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation     PLAINTIFF

v.     CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation     DEFENDANTS

### ORDER GRANTING PLAINTIFF AUTO PARTS MANUFACTURING MISSISSIPPI INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL FOR REVIEW *IN CAMERA* AND DENYING DEFENDANT KOHN LAW GROUP'S MOTION TO STRIKE NEW MATTER IN APMM'S REPLY BRIEFS, OR ALTERNATIVELY, FOR LEAVE TO SUBMIT SURREPLY BRIEFING

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) APMM's motion to file documents under seal for review *in camera* [330] is GRANTED;

(2) APMM shall submit to the Court, under seal, unredacted copies of all invoices identified in the motion, said copies to remain under seal unless otherwise ordered by the Court; and

(3) Kohn Law Group's motion to strike new matter in APMM's reply briefs, or alternatively, for leave to submit surreply briefing [340] shall be DENIED.

The Court shall address the sanctions issue once it has reviewed *in camera* the subject documentation.

SO ORDERED, this, the 3rd day of April, 2017.

_____
SENIOR U.S. DISTRICT JUDGE