IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation                                          PLAINTIFF

v.                                              CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation                                     DEFENDANTS

## ADDENDUM TO ORDER [350] GRANTING PLAINTIFF AUTO PARTS MANUFACTURING MISSISSIPPI INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL FOR REVIEW *IN CAMERA* AND DENYING DEFENDANT KOHN LAW GROUP'S MOTION TO STRIKE NEW MATTER IN APMM'S REPLY BRIEFS, OR ALTERNATIVELY, FOR LEAVE TO SUBMIT SURREPLY BRIEFING

In the event the United States District Court for the Central District of California desires

to review the documents heretofore filed under seal for the Court's *in camera* review, the Order

[350] placing documents under seal does not apply to the United States District Court for the

Central District of California in Civil Action No. 2:12-cv-08063-MWF-MRW (C.D. Calif.

2012).

SO ORDERED, this, the __15th__ day of May, 2017.

_____
SENIOR U.S. DISTRICT JUDGE