IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUTO PARTS MANUFACTURING MISSISSIPPI
INC., a Mississippi corporation                                                    PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:11-cv-00251-GHD-SAA

KING CONSTRUCTION OF HOUSTON,
LLC, a Mississippi limited liability
company; NOATEX CORPORATION,
a California corporation; and KOHN LAW
GROUP, INC., a California corporation                                           DEFENDANTS

## ORDER AND JUDGMENT

Pursuant to an opinion entered this day, the Court **ORDERS AND ADJUDGES** as follows:

1. Movant Auto Parts Manufacturing Mississippi, Inc.'s motion for the imposition of coercive and compensatory sanctions [328] against Respondent Kohn Law Group, Inc. is GRANTED.

2. Respondent Kohn Law Group, Inc.'s motion for a stay pending appeal of any compulsory or coercive sanctions that may be ordered [346] is DENIED.

3. Respondent Kohn Law Group, Inc. is in civil contempt.

4. Respondent Kohn Law Group, Inc. must pay civil contempt sanctions as detailed below:

    a. Respondent Kohn Law Group, Inc. must pay to the attorneys of record in the case *sub judice* for Movant Auto Parts Manufacturing Mississippi, Inc. compensatory sanctions in the form of attorneys' fees and costs in the total amount of **$373,692.50 on or before July 15, 2017.**

b. Respondent Kohn Law Group, Inc. must immediately file a motion to dismiss with prejudice all claims in the United States District Court for the Central District of California case styled *Kohn Law Group Inc. v. Auto Parts Manufacturing Mississippi Inc., et al.*, No. 2:12-cv-08063-MWF-MRW (C.D. Calif. 2012). Respondent Kohn Law Group, Inc. must then file a notice in the case *sub judice* attaching an order of dismissal with prejudice signed and entered by the United States District Court for the Central District of California in the case styled *Kohn Law Group Inc. v. Auto Parts Manufacturing Mississippi Inc., et al.*, No. 2:12-cv-08063-MWF-MRW (C.D. Calif. 2012).

c. Respondent Kohn Law Group, Inc. shall pay coercive sanctions of **$100 per day** to this Court's registry from the date of this memorandum opinion and corresponding order until such date as this Court enters an Order finding that Respondent Kohn Law Group, Inc. has purged itself of civil contempt, subject payments to be made **on or before the fifth calendar date of each month hereafter**.

**SO ORDERED AND ADJUDGED**, this, the 14th day of June, 2017.

_____
SENIOR U.S. DISTRICT JUDGE